**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHUKRI SAKKAB, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>LUXOTTICA RETAIL NORTH AMERICA, INC., an Ohio corporation,<br><br>       Defendant - Appellee. | No. 13-55184<br><br>D.C. No. 3:12-cv-00436-GPC-KSC<br>Southern District of California,<br>San Diego |
| MICHAEL HOPKINS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>BCI COCA-COLA BOTTLING COMPANY, OF LOS ANGELES, a Delaware Corporation,<br><br>       Defendant - Appellee. | No. 13-56126<br><br>D.C. No. 8:13-cv-00103-AG-RNB<br>Central District of California,<br>Santa Ana |
| JOSE SIERRA, an individual on behalf of | No. 13-55891 |

| | |
|---|---|
| himself and on behalf of all persons similarly situated,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>OAKLEY SALES CORP., a corporation,<br><br>        Defendant - Appellee. | D.C. No. 8:13-cv-00319-AG-JPR<br>Central District of California,<br>Santa Ana<br><br><br>ORDER |

Oral argument in *Sierra v. Oakley Sales Corp.*, No. 13-55891, *Sakkab v. Luxottica Retail N.A.*, No. 13-55184, *Hopkins v. BCI Coca Cola Bottling Co. of Los Angeles*, No. 13-56126, shall be consolidated on June 3, 2015.

A total of 30 minutes of argument time will be allotted to the Appellants, and may be divided among the attorneys as the Appellants see fit. A total of 30 minutes of argument time will be allotted to the Appellees and Amici Curiae, and may be divided among the attorneys as the Appellees see fit.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF THE COURT

By: Samantha Miller
Deputy Clerk