# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## **ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)**

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number: 13-55184

Case Title: Shukri Sakkab v. Luxottica Retail North America, Inc.

**assigned for hearing:**

Date: June 3, 2015    Time: 9:00 a.m.    Courtroom: 2

Location: Pasadena, CA

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name: Andrew J. Pincus

Address: Mayer Brown LLP
1999 K Street, N.W.

City: Washington    State: DC    Zip Code: 20006

Phone: (202) 263-3220    Email Address: apincus@mayerbrown.com

Party/parties represented: Amici Curiae U.S. Chamber of Commerce and Retail Litigation Center

Special needs you may require in the courtroom:

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): s/Andrew J. Pincus    Date: May 27, 2015

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250